Entered on Docket March 22, 2018

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Darian Shavonne Fuller,<br><br>                    Debtors. | Case No. 17-43447-BDL<br><br>EX PARTE STIPULATED ORDER DIRECTING PAYMENT OF SANCTION |

    This matter, having come before the court on the *Stipulated Motion Requesting Entry of Ex Parte Order Directing Payment of Sanction* ("Stipulated Motion") jointly submitted by Acting United States Trustee for Region 18, Gregory M. Garvin, and debtor's counsel, Ark Law Group, and the Court, having considered the Stipulated Motion and the agreement of the parties evidenced by their counsels' respective signatures thereon,

    HEREBY FINDS that the failure to obtain the debtor's actual signature on her bankruptcy forms in this case, including the Petition, Declaration About an Individual Debtor's Schedules, and Statement of Financial Affairs, violated Fed. R. Bankr. P. 9011(b)(3) and 1008 and Local Bankruptcy Rule 5005-1(d)(2); and

    FURTHER FINDS that the agreed $1,000 sanction is sufficient to deter Ark Law Group from repeating this conduct in the future.

    NOW THEREFORE, based on the foregoing findings, the Court

    HEREBY ORDERS that the Stipulated Motion is GRANTED;

    FURTHER ORDERS that Ark Law Group shall pay a sanction in the amount of $1,000

EX PARTE ORDER DIRECTING
PAYMENT OF SANCTION - 1

to the United States Trustee, by delivery of a check or cashier's check to its Seattle office, within two weeks of the date that this Order is entered; and

FURTHER ORDERS that Ark Law Group shall be vigilant in its efforts to obtain its debtor-clients' actual signatures where required on all bankruptcy forms in the future.

/// END OF ORDER ///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18          ARK LAW GROUP

*/s/ Hilary Bramwell Mohr*                           */s/ R. Emi Torres*
Hilary Bramwell Mohr, WSBA #40005                    R. Emi Torres, WSBA #43676
Attorney for United States Trustee                   Attorney for Debtor and Ark Law Group

EX PARTE ORDER DIRECTING
PAYMENT OF SANCTION - 1